OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 25. 2015

6/23/2015
SMITH, G'COBRA          Tr. Ct. No. 1449083-A          WR-83,489-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk



G'COBRA SMITH
TRAVIS COUNTY - TDC # 1964241
8101 FM 969
AUSTIN, TX 78724

*Discharged*

N3B 78724